SIGAL CHATTAH
Acting United States Attorney
Nevada Bar No. 8264
SKYLER H. PEARSON
Assistant United States Attorney
Nevada Bar No. 15724
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
skyler.pearson@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MYRANDA WEZLEYA EDWARDS COASTON,<br><br>Defendant. | Case No. 2:22-cr-00138-APG-EJY-1<br><br>**Stipulation to Extend United States' Deadline to Respond to Defendant's Motion for Early Termination of Supervised Release**<br><br>(Third Request) |

IT IS STIPULATED AND AGREED, by and between Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for the defendant, Myranda Wezleya Edwards Coaston, that the deadline for the United States to respond to defendant's Motion for Early Termination of Supervised Release (ECF No. 16) be extended by fourteen (14) days to November 17, 2025.

1  This Stipulation is entered into based upon government counsel's need to review the
2  case's history and procedural posture, decide whether the government opposes defendant's
3  motion and respond accordingly. The additional time requested herein is not sought for
4  purposes of delay.
5  DATED this 31st day of October, 2025.
6  Respectfully submitted,

 /s/ Heidi Ojeda                                                 /s/ Skyler Pearson
HEIDI OJEDA,                                                  SKYLER PEARSON
Attorney for Defendant                                      Assistant United States Attorney
**MYRANDA COASTON**

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MYRANDA WEZLEYA EDWARDS COASTON,<br><br>Defendant. | Case No. 2:22-cr-00138-APG-EJY-1<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that counsel for the United States needs additional time to review the case's history and procedural posture, decide whether the government opposes defendant's motion, and respond. The Court further finds that the additional time requested herein is not sought for purposes of delay.

### ORDER

IT IS THEREFORE STIPULATED, AGREED, and ORDERED that the United States shall have to and including November 17, 205 to file any response to defendant's motion.

DATED: November 3, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE